## Exhibit A to the Complaint

**Location:** Somerville, MA  **IP Address:** 130.44.144.116
**Total Works Infringed:** 24  **ISP:** Astound Broadband

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: ECBB9CA5B188231C32B5E776190C95490D88C90A<br>File Hash:<br>25A2913FB11437977C8B560C40FF5AA2A3578759FF426AE31889BFA76D5C2474 | 10-31-2023 22:30:48 | Tushy | 09-04-2022 | 11-27-2022 | PA0002388059 |
| 2 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash:<br>7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 10-16-2023 22:49:19 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 3 | Info Hash: 990107CA4C45C111A642BEB63C47B8762E448236<br>File Hash:<br>2249AA12190FC863196D88ADD96205C2F6CB3E3FCE3054E9942406A540D92690 | 10-16-2023 22:48:59 | Tushy | 06-11-2023 | 07-13-2023 | PA0002420360 |
| 4 | Info Hash: F54D83B07A67B42DD126288CCD96E26BD4E25316<br>File Hash:<br>1012A4034610D20C3D0A0A716FCF4FB6F493934658BAA3A9311C1E467DBDE5F8 | 10-16-2023 22:48:11 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 5 | Info Hash: 8D084151BC3BB0184A284913F8756A95942EC720<br>File Hash:<br>55006DE9A9044C14737EFE43D27A79D43DD51BCD53A887462B4B898E7CA1B9BD | 10-16-2023 22:46:46 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 6 | Info Hash: EC06D0BA313E94EEEE860D477D2B9C3C898A6D98<br>File Hash:<br>EE7394822E03FE16815D45B6AC04ACA56D1BAC4DF38976A1CB3ADEF1C5244D22 | 10-16-2023 22:44:00 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 7 | Info Hash: BCEE2B201E8BE86D6E309C344A3457EA1E53277D<br>File Hash:<br>E808D4CC998B33A513DD7C925B248A79D8F7D6D757C4E455A6806258CABE4D63 | 10-16-2023 22:41:48 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 8 | Info Hash: 0F4CEEDB8F6D27D7BFE969C594FE95F2BEED79B1<br>File Hash:<br>45EF60C61C818F4C41D4026EECBB5D2C42B4E3351E52714FE05EA5CEA09F96C9 | 10-16-2023 22:41:31 | Tushy | 05-29-2022 | 07-21-2022 | PA0002368036 |
| 9 | Info Hash: F35DA437B5114EF0F55BDDA9E74036F0A54DE5D5<br>File Hash:<br>17E30C520FAA8E825516F4033EAEA265B26CA3E557D67B7D9E6DC24706CACFEA | 10-16-2023 22:41:23 | Tushy | 08-20-2023 | 09-18-2023 | PA0002430899 |
| 10 | Info Hash: 62ACA149C6B57C1E99DB16874F88AB34F0362043<br>File Hash:<br>C55B9DF5D9927E627D8DA3FF901161D78E8CA5DE1685498AA7B4D5B485FE4E7F | 10-16-2023 22:40:23 | Tushy | 03-28-2021 | 04-27-2021 | PA0002288947 |
| 11 | Info Hash: 743B3602E3947D7E2E0C0F2C50A1E319355E9209<br>File Hash:<br>DEA04C3638F6A0FDE0AF99820AC7F8170B93F2FFB7C72784E2E70A8A386B3060 | 10-16-2023 22:39:40 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash: D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 10-16-2023 22:38:57 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 13 | Info Hash: 6AECD64092F17E9085560DDF13411F5C617EA4B6<br>File Hash: 610911B0A03EFBB6F914E6246EC1B563648E7485563C7EF78A4D2655F2D0B9DE | 10-16-2023 22:38:34 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 14 | Info Hash: 280E88FC7CEB3E5E96E3E41175EAE19DBA741A70<br>File Hash: 9BCE1453FDBB1652779D3192C951886B4012BF5A70DD665E0BD60995EA48ADA7 | 10-16-2023 22:38:14 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 15 | Info Hash: 70CF6756C8318E2D8300A38CE4D54CA041788A01<br>File Hash: 069B1220944D98FB580C2AA9CA757D6A853B83C4DBC37A801CDEDD9D567CA37E | 10-16-2023 21:57:39 | Vixen | 10-13-2023 | 11-14-2023 | PA0002439697 |
| 16 | Info Hash: A40B0A7D3692916FFA8E12429BA885CB1B7250D3<br>File Hash: B15DF277602F5F35EB43EEC0A104A338E0B4968BBA24BE23DE2F572F12C5DD4B | 08-26-2023 21:30:16 | Tushy | 08-07-2022 | 08-29-2022 | PA0002367740 |
| 17 | Info Hash: 71D2D29AD1EC84E95C3EC6E1CAEDD6A2595FF48B<br>File Hash: FBBEC96AB34618E8209282048601343DC436F5AA83CAD376ABD85F8CEA28459B | 08-26-2023 21:16:35 | Tushy | 05-30-2021 | 06-24-2021 | PA0002303168 |
| 18 | Info Hash: 855059DEE7FC091E7A62B18E1B462A6BDFBA7083<br>File Hash: 4BF564C170648434DC9C02F6F173C25452BBA8418855EF1ACBEC25229E7FD8A4 | 08-23-2023 18:23:28 | TushyRaw | 08-23-2023 | 09-18-2023 | PA0002431079 |
| 19 | Info Hash: 7927D991B118B583CD71828F2F63A12B4635B5E7<br>File Hash: CAA25AAE87488D48B2B8333738DE97E8D7A15F9D5D305EBF031E8A89416C5E3C | 03-07-2023 15:13:14 | Tushy | 05-21-2018 | 07-14-2018 | PA0002131769 |
| 20 | Info Hash: BA3E47DF221C79C803F5F2404D9EE42DCE05F100<br>File Hash: 567FE6B623802D2252046655D0D7433E8C86F3F82AD50AA81D4A0CC854EC762C | 02-02-2023 22:05:55 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 21 | Info Hash: FA1C15A1B82D3D04FAD2618972F1F568765F3E4D<br>File Hash: 5904203B4DB7E09C07FD43C34D70E7A1A0E42399A14888991CABBCEBEA757315 | 12-26-2022 23:52:55 | Tushy | 09-23-2017 | 10-09-2017 | PA0002086134 |
| 22 | Info Hash: B27D8D99D9484987D81089C43A7109765AA1F55A<br>File Hash: A7EBB4AA309D124EC87D5B728F618B63C028F63E6570331FDEC44F836A9CFA97 | 08-26-2022 16:51:57 | Tushy | 08-21-2022 | 08-29-2022 | PA0002367745 |
| 23 | Info Hash: 05438F2CF69D18238BBA727486A2E2701D8C6209<br>File Hash: 2410CBC313B4B1900B9EA08395296AB2AC2FC150963C30152F45421D5C4DE38C | 07-13-2022 16:48:23 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 6EEF646186D737E94D92D1978D77456DA4F10301<br>File Hash:<br>8502291A2B061F633A1FFD43A8A6F3A6E720F0183D45EAC0E2035698D1848EE3 | 04-12-2022 15:49:14 | Tushy | 11-21-2018 | 01-22-2019 | PA0002149838 |